IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MARGARET HSIN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:12-CV-3739-L-BN** |
| | § | |
| **SHERRI BROKAW,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff Margaret Hsin ("Hsin") filed this action on September 14, 2012, and on the same day filed an Application to Proceed in District Court Without Paying Fees or Costs. The case was referred to Magistrate Judge Paul D. Stickney, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on September 20, 2012, recommending that the application be denied. The magistrate judge further recommended that Hsin be ordered to pay the statutory filing fee within 20 days after his findings and conclusions are adopted by the district judge. Hsin did not file any objections to the Report, and the docket reflects that mail forwarded to her by the clerk of the court was returned as undeliverable.

Having reviewed the application, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Hsin's Application to Proceed in District Court Without Paying Fees or Costs and **directs** her to pay the statutory filing fee by **October 30, 2012.** Failure to do so will result in dismissal of this action without prejudice for failure to pay the filing fee and comply with the court's order.

**It is so ordered** this 10th day of October, 2012.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

Order – Page 2